# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEEMA KOLOFF,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 1:11-cv-00195 OWW DLB<br><br>ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br><br>(Doc. 32) |

On December 8, 2011, the parties filed a stipulation to continue the settlement conference to a date in early January. (Doc. 32) The reason for the continuance is the unavailability of a key decision maker for Defendant. Id. at 2.

Therefore, good cause appearing the request to continue the settlement conference is **GRANTED**. The settlement conference, currently set on December 14, 2011 is continued to January 5, 2012 at 10:30 a.m. Settlement conference statements SHALL be lodged by email to JLTOrders@caed.uscourts.gov no later than December 29, 2011.

IT IS SO ORDERED.

Dated: **December 9, 2011**                     /s/ **Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE