1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11  SHEEMA KOLOFF,                          ) Case No.: 1:11-cv-00195 OWW DLB
                                            )
12                                          )
                        Plaintiff,          ) ORDER GRANTING STIPULATION TO
13                                          ) CONTINUE SETTLEMENT CONFERENCE
        v.                                  )
14                                          ) (Doc. 32)
    METROPOLITAN LIFE INSURANCE             )
15  COMPANY,                                )
                                            )
16                      Defendant.          )
                                            )
17  _____)

18          On December 8, 2011, the parties filed a stipulation to continue the settlement conference

19  to a date in early January. (Doc. 32) The reason for the continuance is the unavailability of a key

20  decision maker for Defendant. Id. at 2.

21          Therefore, good cause appearing the request to continue the settlement conference is

22  **GRANTED**. The settlement conference, currently set on December 14, 2011 is continued to

23  January 5, 2012 at 10:30 a.m. Settlement conference statements SHALL be lodged by email to

24  JLTOrders@caed.uscourts.gov no later than December 29, 2011.

25  IT IS SO ORDERED.

26  Dated:   **December 9, 2011**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE
27

28