UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHEEMA KOLOFF, | ) | Case No.: 1:11-cv-00195 AWI JLT |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | (Doc. 40) |
| Defendant. | ) ) | |

On January 5, 2012, the Court vacated the trial date and pretrial in light of the pending dispositive motion regarding Plaintiff's alleged failure to exhaust her administrative remedies. (Doc. 36) Because trial on matter would involve only oral argument on briefs that would be filed, and no evidence presented at trial, the Court ordered the parties to select new dates for trial and to agree to a briefing schedule. Id. On January 20, 2012, counsel submitted the requested stipulation. (Doc. 40)

Therefore, good cause appearing, the Court **ORDERS**:

1. Opening trial briefs SHALL be filed no later than April, 2, 2012;

2. Responding briefs SHALL be filed no later than April 16, 2012;

///

///

1

3. Trial SHALL be re-set on June 19, 2012, at **8:30** a.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:   **January 23, 2012**                              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE