# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEEMA KOLOFF, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 1:11-cv-00195 AWI DLB <br><br> ORDER VACATING JANUARY 12, 2012 ORDER <br><br> ORDER REASSIGNING THE MATTER TO THE MAGISTRATE JUDGE FOR THE LIMITED PURPOSE OF DETERMINING THE DISPOSITIVE MOTION RELATED TO PLAINTIFF'S ALLEGED FAILURE TO EXHAUST THE ADMINISTRATIVE REMEDIES |

On January 5, 2012, the assigned Magistrate Judge conducted the settlement conference in this matter. At the time, the issue of Plaintiff's failure to complete an administrative appeal was presented by the parties. The Court expressed an intention to require briefing on topics related to the exhaustion issue and its impact on these proceedings. As a result, counsel conferred with their clients and indicated that they wished to consent to Magistrate Judge jurisdiction for the limited purpose of deciding what would be treated as dispositive motion on this issue.

On January 9, 2012, the parties filed their consent to the Magistrate Judge for the limited purpose of deciding the motion described above. (Docs. 37, 38) Due to administrative error, on January 17, 2012, the court re-assigned this action to the Magistrate Judge for all purposes. As this was not the parties' intent, the court will vacate the January 17, 2012 order and refer only the

agreed upon motion to the Magistrate Judge.

Therefore, IT IS HEREBY ORDERED that:

1. The January 17, 2012 order is VACATED;

2. The motion related to Plaintiff's alleged failure to exhaust her administrative remedies (Doc. 35) is assigned to the docket of Magistrate Judge JENNIFER L. THURSTON as Presiding Judge, under Title 28, U.S.C. Sec. 636(c)(1), to conduct all proceedings related thereto up to and including entry of final judgment; and

3. ALL FUTURE PLEADINGS SHALL CONTINUED TO BE NUMBERED: 1:11-cv-00195- AWI- JLT

IT IS SO ORDERED.

Dated: January 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE