# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEEMA KOLOFF, | Case No.: 1:11-cv-00195 AWI JLT |
| Plaintiff, | ORDER TO DEFENDANT TO LODGE ADMINISTRATIVE RECORD |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

On January 5, 2012, the Court ordered briefing related to the Plaintiff's alleged failure to exhaust her administrative remedies. (Doc. 35) On January 27, 2012, the parties filed their briefs. (Docs. 43, 44) In their briefs, both parties cite to the administrative record prepared in this matter. However, neither side has lodge a copy of the record.

Therefore, within five court days of the service of this order, Defendant SHALL lodge a copy of the administrative record with the chambers of Magistrate Judge Thurston.

IT IS SO ORDERED.

Dated: **January 30, 2012**        /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE